**Walter Duane WHITE, Plaintiff— Appellant,**

v.

**Joyce FRANCIS, Warden; Karen Lambright, Assistant Health Service Administrator; Valorie Rappold, A.W. Operations; E. Mace, Doctor, Clinical Director; E. Anderson, F.C.I. Physician; Mark Dib, Physician Assistant; Elizabeth Masteller–Boram, Physician Assistant; R. Spears, Food Service Administrator; K. McCord, Religious Service Representative; I. Brannon, Medical Records–Medical Trip Coordinator; Cecil Nichols, Associate Warden Programs, Defendants—Appellees,**

and

**United States of America; Department of Justice; Federal Bureau of Prisons, Defendants.**

No. 09–6318.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2010.

Decided: May 17, 2010.

Walter Duane White, Appellant Pro Se. Rita R. Valdrini, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Duane White appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we deny White's motion to appoint counsel and add a Defendant and affirm for the reasons stated by the district court. *White v. Francis*, No. 2:07–cv–00015–REM–JES, 2009 WL 302310 (N.D.W.Va. Feb. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*